IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NELSON DESIGN GROUP, LLC**                                                              **PLAINTIFF**

VS.                            **CASE NO. 3:07CV00177 JMM**

**RICHARD PUCKETT, ET AL.**                                                              **DEFENDANTS**

**ORDER**

Defendants' unopposed Motion for Extension in Time to File Responsive Pleading is granted (docket entry #12). Defendants shall have up to, and including, December 17, 2007 to file a responsive pleading to Plaintiff's Application for Preliminary Injunction and Copyright Impoundment and Brief in Support of same.

A hearing on Plaintiff's application for preliminary injunction and copyright impoundment (docket entry #2), is scheduled **Thursday, December 20, 2007, at 9:15 a.m.**, Courtroom #4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas. In addition to your original exhibits Counsel should provide a bound copy of the exhibits - as in a 3-ring binder for the Court. Exhibits need to be pre-numbered on the exhibit list and on the exhibit. You do not have to use all of the exhibits listed, and you do not have to use them in order. They must be pre-numbered, however. Any exhibit added during the hearing must follow the last numbered exhibit on the list. Counsel should also provide a list of all witnesses you expect to call at the hearing. Any additional briefs pertaining to this hearing shall be filed by December 17, 2007.

IT IS SO ORDERED THIS  11  day of December, 2007.

_____
James M. Moody
United States District Judge