IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NELSON DESIGN GROUP, LLC                                                                PLAINTIFF

Vs.                              CASE NO.   3:07cv00177 JMM

RICHARD PUCKETT, et al                                                                DEFENDANTS

ORDER

The above case is currently scheduled for a hearing on the motion for preliminary injunction this date at 1:00 p.m.

Due to a medical emergency, Plaintiff's counsel is not able to attend the hearing. Therefore, the hearing is canceled.

The hearing is rescheduled for **Wednesday, December 26, 2007, at 1:00 p.m.**, Courtroom 4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas..

IT IS SO ORDERED this 20th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE