**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NELSON DESIGN GROUP, LLC**                                    **PLAINTIFF**

**v.**                               **NO. 3:07CV00177 BSM**

**RICHARD PUCKETT, et al**                                    **DEFENDANTS**

**ORDER**

Gerald A. Coleman, Hunter J. Hanshaw, Janetta (Jan) R. Roberts, Karolina Majewski,

and Richard Puckett, are hereby authorized to bring a cell phone, laptop computer, or

personal digital assistant into the United States Federal Building and Courthouse in

Jonesboro between Monday, June 29, 2009, and Thursday, July 2, 2009, subject to the

following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film

anyone or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when

in district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse,

all devices must be examined by the United States Marshals Service or Court

Security Personnel.  This examination includes, but is not limited to placing

the devise through electronic screening machines and requiring the person

possessing the device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices

from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices,

withdrawal of the privilege to bring an electronic device into the courthouse, or other

sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or

anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 25th day of June, 2009.


_____
UNITED STATES DISTRICT JUDGE