**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NELSON DESIGN GROUP, LLC**                                              **PLAINTIFF**

v.                                          **CASE NO.  3:07CV00177 BSM**

**RICHARD PUCKETT et al.**                                              **DEFENDANTS**

## JUDGMENT

Per the order entered on July 28, 2009, defendant Richard Puckett ("Puckett") is ordered to pay damages in the amount of $8,500 to plaintiff Nelson Design Group, LLC ("Nelson Design"), and Defendant State Development, LLC ("State Development") is ordered to pay damages in the amount of $4,250 to Nelson Design.  Puckett and State Development are ordered to pay the reasonable attorney's fees and costs incurred by Nelson Design in prosecuting its claims against Puckett and State Development.  Puckett and State Development are jointly and severally liable for these fees and costs, which will be determined by the court once Nelson Design has submitted its verified fee petition.

It is so ordered this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE